■

**COM.**

v.

**FLUKER, J.**

**1839 MDA 2016**

Superior Court of Pennsylvania.

07/17/2017

CP–06–CR–0001609–2014 (Berks)

Affirmed

■

**A.R.Z.**

v.

**C.M.B.**

**1887 MDA 2016**

Superior Court of Pennsylvania.

07/17/2017

2016–4937 CIVIL (Cumberland)

Affirmed

■

**COM.**

v.

**MORALES–MUNOZ, M., Jr.**

**2053 MDA 2016**

Superior Court of Pennsylvania.

07/17/2017

CP–06–CR–0001742–2016, (Berks)

Affirmed

**COM.**

v.

**HOSKO, J.**

**2079 MDA 2016**

Superior Court of Pennsylvania.

07/17/2017

CP–35–SA–0000051–2016 (Lackawanna)

Affirmed

■

**COM.**

v.

**SANCHEZ–SALOMON, J.**

**2095 MDA 2016**

Superior Court of Pennsylvania.

7/17/2017

CP–36–CR–0002616–2016 (Lancaster)

Affirmed—Application to Withdraw as Counsel Granted

